**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

IN RE: PHILADELPHIA COUNTY : No. 93 EM 2014
TWENTY-SIXTH ADDITIONAL :
INVESTIGATING GRAND JURY, :
NOTICE C-1 :
 :
 :
PETITION OF: RICHARD BASCIANO, :
2100 WEST MARKET STREET CORP., :
2132 WEST MARKET REALTY CORP., :
STB INVESTMENTS CORP., AND :
RICHARD SPRAGUE, ON BEHALF OF :
HIMSELF AND SPRAGUE & SPRAGUE :

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of September, 2014, the Application for Leave to File Reply Brief is **GRANTED**, the Application for Relief Pursuant to 42 Pa.C.S. § 722(5) and Pa.R.A.P. 3331(a), or, in the Alternative, an Application for Extraordinary Relief, and for a Stay of Proceedings is **DENIED**, and the Application to Join the Application is **DISMISSED AS MOOT**.